# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140629 & (83)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 140629
      COA: 287146
      Macomb CC: 2006-005398-FC

STEVEN MICHAEL WACLAWSKI,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

Clerk

d0302